**POLYVINYL FILMS, INC.**

v.

**FELRAP, INC.**

No. 83–232–M.P.

Supreme Court of Rhode Island.

June 3, 1983.

John J. Nugent, Jr., Providence, for petitioner.

Michael A. Kelly, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.